# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DANNY H. KELLER & CHERYL A. KELLER  Case Number: 05-73204
1526 SOUTH 5TH AVENUE  SSN-xxx-xx-0398 & xxx-xx-1326
ROCKFORD, IL 61104

Case filed on: 6/27/2005
Plan Confirmed on: 8/19/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $23,384.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 002 | AURORA LOAN SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 201 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DANNY H. KELLER | 0.00 | 0.00 | 272.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 272.00 | 0.00 |
| 001 | AURORA LOAN SERVICES INC | 20,668.38 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 20,668.38 | 0.00 | 0.00 | 0.00 |
| 003 | AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 13,544.66 | 13,544.66 | 6,768.33 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 8,777.23 | 8,777.23 | 4,386.01 | 0.00 |
| 006 | BLAIR | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | LVNV FUNDING LLC | 3,129.61 | 3,129.61 | 1,563.88 | 0.00 |
| 009 | CITY OF ROCKFORD / ROCKFORD SURGICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDITORS BANKRUPTCY SERVICE | 201.19 | 201.19 | 98.00 | 0.00 |
| 011 | GOODYEAR CREDIT PLAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 202.14 | 202.14 | 98.46 | 0.00 |
| 014 | IHC SWEDISH AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MEDICAL PAIN MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NICOR GAS | 106.47 | 106.47 | 48.51 | 0.00 |
| 017 | PORTFOLIO RECOVERY ASSOCIATES | 4,561.42 | 4,561.42 | 2,279.36 | 0.00 |
| 018 | RADIOLOGY CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCKFORD ASSOCIATED PATHOLOGISTS | 71.01 | 71.01 | 31.46 | 0.00 |
| 020 | ROCKFORD E A S | 461.58 | 461.58 | 219.03 | 0.00 |
| 022 | LVNV FUNDING LLC | 3,212.23 | 3,212.23 | 1,605.16 | 0.00 |
| 023 | CREDITORS BANKRUPTCY SERVICE | 75.24 | 75.24 | 32.37 | 0.00 |
| 024 | ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | WELLS FARGO FINANCIAL | 963.27 | 963.27 | 481.35 | 0.00 |
| 027 | MUTUAL MANAGEMENT SERVICES | 1,307.28 | 1,307.28 | 653.25 | 0.00 |
| 028 | ROCKFORD MERCANTILE AGENCY INC | 915.83 | 765.45 | 449.16 | 0.00 |
| 029 | ECAST SETTLEMENT CORPORATION | 1,443.29 | 1,443.29 | 721.21 | 0.00 |
|  | Total Unsecured | 38,972.45 | 38,822.07 | 19,435.54 | 0.00 |
|  | Grand Total: | 61,840.83 | 41,022.07 | 21,907.54 | 0.00 |

Total Paid Claimant: $21,907.54
Trustee Allowance: $1,476.46
Percent Paid Unsecured: 50.06

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009                    By  /s/Heather M. Fagan